UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 1:23-CR-00030-CRC |
| v. | |
| LYNDA BENNETT, | |
| Defendant. | |

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

Defendant Lynda Bennett agrees to admit guilt and enter a plea of guilty to Count One of the Information, which charges Bennett with Accepting Contributions in the Name of Another. Pursuant to Federal Rule of Criminal Procedure 11, the Government and Bennett, with concurrence of her attorney, agree and stipulate as follows:

### Background

1. Defendant Lynda Bennett was a primary candidate for the United States Congress's 11th Congressional District in North Carolina in 2020.

2. Lynda Bennett for Congress ("LBC") was Bennett's authorized federal campaign committee.

3. LBC was registered with the Federal Election Commission ("FEC").

4. Under the Federal Election Campaign Act ("FECA"), a contribution includes "any gift, subscription, loan, advance, or deposit of money or anything of value made by any person for the purpose of influencing any election for Federal office." 52 U.S.C. § 30101(8)(A)(i).

1

## The Offense Conduct

5. In December of 2019, Bennett was aware that the FEC enforced limitations on the amount and sources of money that may be contributed by an individual to a federal candidate or a federal candidate's authorized committee.

6. On December 30, 2019, Bennett borrowed $25,000 from Individual A, a family member. Bennett requested the funds for Bennett's personal expenses because Bennett had to spend a large amount of her own money on the campaign. Individual A paid Bennett via a personal check written to Bennett. That day, Bennett deposited the check into a personal Wells Fargo bank account ("the Wells Fargo account").

7. On December 31, 2019, Bennett caused the transfer of $80,000 from the Wells Fargo account to LBC's bank account. The $80,000 transfer included the $25,000 loan from Individual A. A loan from a third-party individual in connection with a federal candidate's political campaign is a contribution under the FECA.

8. Also, on December 31, 2019, LBC filed a "Form 3" with the FEC indicating that Bennett made an $80,000 loan to LBC using "Personal Funds of the Candidate." The $80,000 loan included the money Bennett borrowed from Individual A but that was not denoted on the Form 3.

9. By depositing the $25,000 from Individual A into LBC, Bennett accepted a contribution from one person, Individual A, in the name of another, Bennett.

10. Bennett engaged in these activities knowingly and willfully.

Respectfully submitted,

*/s/ Matthew M. Graves/jsr*
MATTHEW M. GRAVES
United States Attorney

Joshua S. Rothstein
Assistant United States Attorney
N.Y. Bar # 4453759
555 4th Street, N.W., Room 5828
Washington, D.C. 20530
Office: 202-252-7164
Joshua.Rothstein@usdoj.gov

*/s/ Corey Amundson/rrc*
COREY AMUNDSON
Chief, Public Integrity Section

Ryan R. Crosswell
Trial Attorney
N.C. Bar # 36700
1301 New York Ave. NW
Washington, D.C. 20005
Office: 202-616-5699
Ryan.R.Crosswell@usdoj.gov

DATED: January 25, 2023

## DEFENDANT'S ACCEPTANCE

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me regarding these offenses. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crimes charged. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

I have read every word of this Statement of the Offense. Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorney, I agree and stipulate to this Statement of the Offense, and declare under penalty of perjury that it is true and correct.

Date: 1/25/2023

Lynda Bennett
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and reviewed it with my client fully. I concur in my client's desire to adopt and stipulate to this Statement of the Offense as true and accurate.

Date: Jan. 26, 2023

Kearns Davis
Shana Fulton
Counsel for Defendant Lynda Bennett